**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ILEANA FIGUEROA SANTIAGO, et al.<br><br>    Plaintiffs<br><br>        v.<br><br>ALTERNATE CONCEPTS, et al.,<br><br>    Defendants. | CIV. NO. 09-1701 (PG) |

**FINAL JUDGMENT**

The Court has before it the parties' "Motion to Approve Consent Judgment" [Docket No. 68] and "Amended Settlement Stipulation" [Docket No. 69]. After analyzing the same and verifying the Statement Under Penalty of Perjury [Docket no. 68-1] signed by Ileana Figueroa Santiago, where she certifies that she is the parent with *patria potestas* and custody over minors Jorge Leon Figueroa, Noel G. Leon Figueroa and Patricia N. Medina Figueroa, the Court accepts the "Motion to Approve Consent Judgment" and authorizes the settlement. As such, it is hereby **ORDERED AND ADJUDGED** that all claims be, and hereby are, **DISMISSED WITH PREJUDICE.** The Court shall retain jurisdiction over this case and the parties for the purpose of enforcing the terms and conditions of the Amended Settlement Stipulation.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, March 31, 2013.

                                S/ JUAN M. PÉREZ-GIMÉNEZ
                                JUAN M. PÉREZ-GIMÉNEZ
                                UNITED STATES DISTRICT JUDGE